IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN LADAS**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**HEALTHCARE CO., LTD**,<br><br>Defendant. | Case No. 20-CV-00458-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

   **IT IS ORDERED AND ADJUDGED** that Defendant American Signature, Inc. was **DISMISSED** by the filing of an amended complaint (Doc. 25).

   **IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Healthcare US CO, LTD and MlilyUSA, Inc. were **DISMISSED** by the filing of an amended complaint (Doc. 68).

   **IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Order entered on March 2, 2022 (reflecting that this case has settled in its entirety) (Doc. 79), this entire action is **DISMISSED with prejudice**.

   DATED:   May 3, 2022

                                        MONICA A. STUMP,
                                        Clerk of Court

                                        By:  s/ *Jackie Muckensturm*
                                               Deputy Clerk

   APPROVED: s/ *Stephen P. McGlynn*
                  STEPHEN P. McGLYNN
                  U.S. District Judge